IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH CAITLIN MIXSON and
VIRGINIA BREANN MIXSON,

    Plaintiffs,

v.                               CASE NO. 1:21-cv-30-AW-GRJ

C.R. BARD, INC. and
PERIPHERAL VASCULAR, INC.,

    Defendants.
_____/

## ORDER

Before the Court is a Motion for Leave to Appear *Pro Hac Vice* submitted by Dennis Hom, Esq. ("Mr. Hom") as counsel for Defendants. ECF No. 44. Mr. Hom completed the computer-based tutorial for attorney admission (Confirmation #FLND16443560745715) and familiarized himself with the CM/ECF Attorney's Guide. *Id*. at 1. Mr. Hom has also paid the necessary filing fee and submitted a Certificate of Good Standing from the State Bar of Georgia dated January 26, 2022. ECF No. 44-1. Upon due consideration, the motion, ECF No. 44, is due to be **GRANTED**.

Accordingly, it is **ORDERED** that Dennis Hom, Esq. is permitted to appear in this action as counsel for Defendants and receive electronic filings in this case.

**DONE AND ORDERED** this 10th day of February 2022.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge