**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOSEPH CATLIN MIXSON and
VIRGINIA BREANN MIXSON,**

      **Plaintiffs,**

**v.**                                      **Case No. 1:21-cv-30-AW-MJF**

**C.R. BARD INC. and BARD
PERIPHERAL VASCULAR, INC.,**

      **Defendants.**

_____/

## **ORDER REGARDING TRIAL SCHEDULE**

As stated on the record during the October 6 telephonic hearing, the motion to continue (ECF No. 93) is GRANTED, and the October trial is removed from the calendar. The court will address the new trial date at the October 20 telephonic hearing.

SO ORDERED on October 13, 2022.

                             s/ *Allen Winsor*_____
                             United States District Judge