# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JOSEPH CATLIN MIXSON and
VIRGINIA BREANN MIXSON,

    Plaintiffs,

v.

C. R. BARD, INC. and BARD
PERIPHERAL VASCULAR, INC.,

    Defendants.

Case No.: 1:21-cv-00030-AW-GRJ

## DEFENDANTS' NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE POST-DATING THE SALE OF THE SUBJECT FILTER [DKT No. 95]

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. hereby provide the Court notice of the withdrawal of Defendants' Motion in Limine to Exclude Evidence Post-Dating the Sale of the Subject Filter filed as Docket No. 95.

Dated: February 27, 2023

Respectfully submitted,

/s/ Matthew B. Lerner
Matthew Brian Lerner
Florida Bar No. 548618
Email: matthew.lerner@nelsonmullins.com
Dennis Andrew Hom
Admitted *Pro Hac Vice*
Email: dennis.hom@nelsonmullins.com
Elizabeth C. Helm
Admitted *Pro Hac Vice*
Email: kate.helm@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Tel: (404) 322-6000
Fax: (404) 322-6050

*Counsel for Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Matthew B. Lerner*
Matthew B. Lerner
