# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| JOSEPH CATLIN MIXSON<br><br>    Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | Case No.: 1:21-cv-00030-AW-MJF |

## JOINT PROPOSED CONSENT MOTION REGARDING SUBMISSION AND TIMELINE FOR FINALIZATION OF WITNESSES TO BE PRESENTED BY DEPOSITION

In accordance with the Court's instructions at the March 22, 2023 pretrial conference regarding the preparation and finalization of testimony of witnesses to be presented via deposition, the Parties jointly propose the following timeline and procedure for the Court's consideration:

1) The offering Party shall serve upon the opposing Party a list of deposition designations and highlighted transcript that has been updated to reflect the Court's rulings in this case no later than 4 days/96 hours before the deposition is to be presented at trial, and no later than 24 hours before the deposition is submitted to the Court for rulings on unresolved objections. Service between 10 p.m. EDT and 8 a.m. EDT shall be considered service at 8 a.m. EDT for purposes of calculating time-periods.

2) Depositions with unresolved objections will be submitted to the Court for ruling no later than 3 days/72 hours before the deposition is to be presented at trial.

3) As stated during the March 22, 2023, pretrial conference, the Court will endeavor to issue rulings on objections within 48 hours after the submission of the objections.

4) The offering Party shall serve upon the opposing Party a revised proposed run-sheet/script for each deposition which incorporates the Court's final rulings on objections no later than 24 hours before the deposition is to be presented at trial, although the parties will reasonably work to finalize transcripts within shorter time-frames if the Court's rulings are delayed, between the hours of 8 a.m. and 10 p.m.  A list of exhibits that the offering party proposes to offer through each witness to be presented by deposition shall be provided simultaneously with the service of the final run-sheet/script.  A digital copy of the video file to be presented at trial shall be provided to the opposing Party no later than 12 hours before the deposition is to be presented at trial..  Service between 10 p.m. EDT and 8 a.m. EDT shall be considered service at 8 a.m. EDT for purposes of calculating time-periods.

**Dated:** March 22, 2023

| | |
|---|---|
| */s/ Joshua M. Mankoff*_____ | */s/ Matthew B. Lerner*_____ |
| *(signed with express permission)* | Matthew Brian Lerner |
| Ramon Rossi Lopez | Florida Bar No. 548618 |
| (Admitted *pro hac vice*) | matthew.lerner@nelsonmullins.com |
| rlopez@lopezmchugh.com | Elizabeth C. Helm |
| Joshua M. Mankoff | Admitted *pro hac vice* |
| (Admitted *pro hac vice*) | Email: kate.helm @nelsonmullins.com |
| jmankoff@lopezmchugh.com | James F. Rogers |
| **LOPEZ MCHUGH LLP** | Admitted *pro hac vice* |
| **NEWPORT BEACH CA** | Email: jim.rogers@nelsonmullins.com |
| 100 Bayview Circle, Suite 5600 | Dennis Andrew Hom |
| Newport Beach, California 92660 | Admitted *pro hac vice* |
| Tel: 949-812-5771 | dennis.hom@nelsonmullins.com |
| Fax: 949-737-1504 | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| | 201 17th Street NW, Suite 1700 |
| *Counsel for Plaintiffs* | Atlanta, GA 30363 |
| | Tel: (404) 322-6000 |
| | Fax: (404) 322-6050 |
| | |
| | *Counsel for Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.* |