# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JOSEPH CATLIN MIXSON

    Plaintiff,

v.

C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,

    Defendants.

Case No.: 1:21-cv-00030-AW-MJF

## NOTICE OF FILING JOINT PROPOSED STATEMENT OF THE CASE TO BE READ TO JURY VENIRE

In accordance with the Court's instructions at the March 20, 2023 pretrial conference, the parties hereby submit the following proposed statement of the case to be read to the jury venire before jury selection.

The only dispute between the parties is the bolded language used in the below third paragraph. Defendants contends that that the parties should use the word "complications" rather than listing out the specific alleged complication modes (tilt, perforation, migration, and fracture) because without any context, it is confusing as to what those terms mean and there is also a dispute between the parties regarding what actual complications occurred with Mr. Mixson's filter. Plaintiff contends that listing out the failure modes is necessary to avoid the implication that the alleged failure that occurred with Mr. Mixson was that a pulmonary embolism bypassed the filter. Bard's expert, Dr. Morris, does not dispute these failures. He wrote in his

report that Mr. Mixson's filter tilted, perforated, and fractured, Doc. 61-6, p. 14 (description of 9/16/16 CT) and also moved (compare *Id.* with 10/31/08 lumber spine x-ray, describing different initial location relative to vertebrae).

### Proposed Statement of the Case

This is a case between Mr. Mixson, who may be referred to as the Plaintiff, and C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. which may be referred to as the Defendants, or "Bard."

Mr. Mixson had an inferior vena cava filter placed in his inferior vena cava, The inferior vena cava, or IVC, is the large vein that carries blood from your legs and hips up to the heart. An IVC filter is intended to catch blood clots before they reach the heart or lungs. Bard designed and sold the IVC filter at issue in this trial. It is called the Bard G2 Filter.

Defendants' Proposed Third Paragraph Mr. Mr. Mixson alleges the G2 Filter was defective and negligently designed. He alleges that the filter **had complications** and that he was injured by the filter. He seeks to recover money from Bard to compensate him for his alleged injuries.

Plaintiff's Proposed Third Paragraph: Mr. Mixson alleges the G2 Filter was defective and negligently designed. He alleges that the filter **failed by tilting, perforating his IVC, migrating, and fracturing** and that he was injured by the

filter. He seeks to recover money from Bard to compensate him for his alleged injuries.

Bard denies that it was negligent or that the G2 Filter was defectively designed. It also denies that it or the G2 Filter caused harm or injuries to Mr. Mixson, or that any damages should be recovered in this case.

**Dated:** March 23, 2023

| | |
|---|---|
| /s/ Joshua M. Mankoff_____ | /s/ Matthew B. Lerner_____ |
| *(signed with express permission)* | Matthew Brian Lerner |
| | Florida Bar No. 548618 |
| Joshua M. Mankoff | matthew.lerner@nelsonmullins.com |
| (Admitted pro hac vice) | Elizabeth C. Helm |
| **Lopez mChugh, LLP** | Admitted *pro hac vice* |
| 214 Flynn Ave. | Email: kate.helm @nelsonmullins.com |
| Moorestown, NJ  08057 | James F. Rogers |
| Telephone: (856) 273-8500 | Admitted *pro hac vice* |
| Facsimile: (856) 273-8503 | Email: jim.rogers@nelsonmullins.com |
| Email: jmankoff@lopezmchugh.com | Dennis rew Hom |
| | Admitted *pro hac vice* |
| Ramon Rossi Lopez | dennis.hom@nelsonmullins.com |
| (Admitted pro hac vice) | **NELSON   MULLINS   RILEY   &** |
| LOPEZ MCHUGH LLP | **SCARBOROUGH LLP** |
| 120 Vantis Drive | 201 17th Street NW, Suite 1700 |
| Suite 430 | Atlanta, GA 30363 |
| Aliso Viejo, CA 92656 | Tel: (404) 322-6000 |
| (949) 737-1501 | Fax: (404) 322-6050 |
| (949) 737-1504 – Fax | |
| rlopez@lopezmchugh.com | *Counsel for Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc.* |

3

*/S/ Mark S. O'Connor*
Mark S. O'Connor
BEUS GILBERT MCGRODER PLLC
701 N. 44th Street
Phoenix, AZ 85008-6504
Telephone: (480) 429-3019
Facsimile: (480) 429-3100
Email: moconnor@beusgilbert.com
*Counsel for Plaintiffs*