# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JOSEPH MIXSON, et al.,

      *Plaintiffs*,

v.

C. R. BARD, INC., et al.,

      *Defendants*.

Case No.: 1:21-cv-00030-AW-GRJ

## PLAINTIFF'S NOTICE OF FILING REVISED DEPOSITION DESIGNATIONS AND OBJECTIONS PURSUANT TO THE COURT'S RULINGS

**PLEASE TAKE NOTICE** that Plaintiff Joseph Catlin Mixson files the following:

1. Spreadsheet listing revised affirmative deposition designations from the December 10, 2020 transcript of Rebecca Betensky proposed to be used at trial; counter designations, objections and responses to objections, attached as Exhibit A;

2. Highlighted transcript of Rebecca Betensky dated December 10, 2020, attached as Exhibit B;

3. Spreadsheet listing revised affirmative deposition designations from the January 30, 2014 transcript of Gin Schulz proposed to be used at trial; counter designations, objections and responses to objections, attached as Exhibit C;

4. Highlighted transcript of Gin Schulz dated January 30, 2014, attached as Exhibit D;

5. Spreadsheet listing revised affirmative deposition designations from the October 4, 2013 transcript of Douglas Uelmen proposed to be used at trial; counter designations, objections and responses to objections, attached as Exhibit E;

6. Highlighted transcript of Douglas Uelmen dated October 4, 2013, attached as Exhibit F;

7. Spreadsheet listing revised affirmative deposition designations from the April 23, 2014 transcript of John Weiland proposed to be used at trial; counter designations, objections and responses to objections, attached as Exhibit G;

8. Highlighted transcript of John Weiland dated April 23, 2014, attached as Exhibit H.

DATED:  March 24, 2023       **LOPEZ McHUGH LLP**


*/s/ Joshua M. Mankoff*
Joshua M. Mankoff (admitted *pro hac vice)*
LOPEZ McHUGH LLP
214 Flynn Avenue
Moorestown, NJ  08057
T:  (856) 273-8500
F:  (856) 273-5802
Email:  jmankoff@lopezmchugh.com

Ramon Rossi Lopez (admitted *pro hac vice*)
LOPEZ MCHUGH, LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656
T:  (949) 737-1501
F: (949) 737-1504
Email:  rlopez@lopezmchugh.com

/s/ Mark S. O'Connor
Mark S. O'Connor (Admitted *pro hac vice*)
BEUS GILBERT MCGRODER PLLC
701 N. 44th Street
Phoenix, AZ 85008-6504
Telephone: (480) 429-3019
Facsimile: (480) 429-3100
Email:  moconnor@beusgilbert.com


*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on March 24, 2023, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

                                          */s/ Joshua M. Mankoff*
                                          Joshua M. Mankoff