# EXHIBIT A

| DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|
| **DEF RUNNING OBJECTION** | | Defendants object to the testimony from pages 101-166. These designations focus in exceedingly granular detail on comparisons between the Simon Nitinol Filter and the Recovery filter, which is not at issue in this case. The majority of the testimony relates to exhibits that the witness created which include discussion of Recovery filter migration fatalities. The testimony cannot be fairly separated from the exhibits, and the pervasiveness of this issue and Plaintiff's focus on it cannot be resolved by simple redactions or deletions of portions of sentences/answers/questions. Defendants request that Plaintiff submit under seal Exhibit 7 to the deposition as one such example for the Court's reference in deciding this issue. Defendants believe that the issue of Recovery filter migration fatalities is so pervasive in that exhibit that redacting those portions that the Court has excluded will result in redaction of more than half of the entirety of the document. Such will cause confusion with the jury and will likely suggest that some critical piece of information is being withheld from them, leading to undue focus on these issues rather than the true issues to be decided in this case. | The testimony at 101-166 includes foundation and background of the analyses that were conducted also for the G2, excluding this testimony wholesale would make the portion regarding the G2 unclear. Moreover, the designated testimony does not reference Recovery migration deaths, and which can fairly be separated and not shown to the jury. Bard objects to one document that contains reference to migration, migration deaths, and fracture; the references to migration deaths can easily be redacted.<br><br>The testimony at 155-166, in particular, references a bench test conducted on the Recovery filter that Bard relied on in creating the G2. Moreover, Dr. Betensky explains the test failed at normal body temperature and was re-run at 104 farenheit to allow it to pass. This is highly relevant to the reasonableness of Bard's conduct in developing the G2, in relying on Recovery testing, and its response when the G2 filter performed worse in one bench test compared to the Recovery filter. | |

|  | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| **DEF RUNNING OBJECTION (CONT'D)** |  |  | Moreover, Plaintiff has refused to withdraw certain testimony regarding Recovery filter migration fatalities despite the Court's rulings.  The discussion of a bench test for Recovery filter that Plaintiff alleges Defendants' relied on in creating the G2 filter is discussed by other witnesses and this evidence, as with much of Plaintiff's evidence, will quickly become cumulative absent some limitations on the volume of Recovery evidence Plaintiff is permitted to present.  According to Plaintiff's present plan for presentation of depositions and other witnesses, the emphasis on all things Recovery filter will outweigh Plaintiff's evidence about the G2 filter.  Pursuant to Rules 401, 402, and 403, pages 101-166 should be excluded in their entirety. The discussion of the G2 filter begins on page 168. |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 10:05-10:23 |  |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 11:03-11:19 |  |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 12:22-15:10 |  |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 17:02-17:14 |  |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 19:23-20:21 |  |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 20:24-22:02 |  |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 22:14-22:19 |  |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 27:17-32:03 |  |  |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 32:15-32:20 |  |  |  |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 34:14-35:04 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 36:13-36:20 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 39:09-40:09 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 40:12-41:02 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 41:16-44:13 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 45:09-47:05 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 53:08-54:09 | (54:6-54:9) Rule 611, leading. | Not leading | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 54:11-55:17 | Rule 611, leading. | Not leading | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 56:21-57:04 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 66:13-66:16 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 67:07-68:02 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 68:04-69:16 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 69:19-70:24 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 71:16-72:23 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 73:04-74:16 | (74:12-74:16) Rule 611, leading. | Not leading | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 74:19-74:24 | Rule 611, leading. | Not leading | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 75:02-75:20 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 75:23-76:06 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 76:08-76:24 | Rules 401, 402. Plaintiff has designated an answer without a question. This is not proper evidence. | 76:08-09 (question) should be read | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 77:05-79:14 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 79:15-79:21 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 79:22-82:03 | (79:22-80:3) Rules 401, 402, 403. Reference to other lawsuits irrelevant and overly prejudicial. | There is no mention of other lawsuits | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 87:23-88:03 | | | |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 88:06-88:06 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 88:08-88:21 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 89:02-89:03 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 89:15-89:15 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 89:17-90:03 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 92:08-93:24 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 94:02-94:08 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 94:11-96:03 | (95:14-95:23) Rules 401, 402, 403. Testing regarding Recovery filter not relevant | Predicate device is relevant to G2 | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 101:14-101:24 | Rules 401, 402, 403.  Recovery filter migration not relevant, overly prejudicial, confusing and inefficient use of time. | Predicate device is relevant to G2 | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 103:04-103:06 start plaintiffs' exhibit | Rules 401, 402, 403. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Particularly emphasis on Recovery filter migration related fatalities,  Rule 403. | Predicate device is relevant to G2. Bard misstates the testimony. The emphasis is on migration and fracture. | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 103:08-106:11 | Rules 401, 402, 403. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Particularly emphasis on Recovery filter migration related fatalities,  Rule 403. | Predicate device is relevant to G2. Bard misstates the testimony. The emphasis is on migration and fracture. | |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 108:16-109:05 | Rules 401, 402, 403. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Particularly emphasis on Recovery filter migration related fatalities, Rule 403. The document at issue is a log of incidents related to migration (including death) and fracture complications associated with the Recovery filter. There is no proper purpose for offering such evidence in this case, which involves only the G2 filter. | Predicate device is relevant to G2. Bard misstates the testimony. The emphasis is on migration and fracture. The document refers to migration, migration death, and frature; migration deaths can easily be redacted. | |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 109:16-109:18 start plaintiffs' exhibit | Rules 401, 402, 403. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Particularly emphasis on Recovery filter migration related fatalities, Rule 403. The document at issue is a log of incidents related to migration (including death) and fracture complications associated with the Recovery filter. There is no proper purpose for offering such evidence in this case, which involves only the G2 filter. | Predicate device is relevant to G2. Bard misstates the testimony. The emphasis is on migration and fracture. The document refers to migration, migration death, and frature; migration deaths can easily be redacted. | |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 109:20-109:23 | Rules 401, 402, 403. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Particularly emphasis on Recovery filter migration related fatalities, Rule 403. The document at issue is a log of incidents related to migration (including death) and fracture complications associated with the Recovery filter. There is no proper purpose for offering such evidence in this case, which involves only the G2 filter. | Predicate device is relevant to G2. Bard misstates the testimony. The emphasis is on migration and fracture. The document refers to migration, migration death, and frature; migration deaths can easily be redacted. | |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 110:01-110:03 | Rules 401, 402, 403. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Particularly emphasis on Recovery filter migration related fatalities, Rule 403. The document at issue is a log of incidents related to migration (including death) and fracture complications associated with the Recovery filter. There is no proper purpose for offering such evidence in this case, which involves only the G2 filter. | Predicate device is relevant to G2. Bard misstates the testimony. The emphasis is on migration and fracture. The document refers to migration, migration death, and frature; migration deaths can easily be redacted. | |

|  | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 110:05-110:18 | Rules 401, 402, 403. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Particularly emphasis on Recovery filter migration related fatalities, Rule 403. The document at issue is a log of incidents related to migration (including death) and fracture complications associated with the Recovery filter. There is no proper purpose for offering such evidence in this case, which involves only the G2 filter. | Predicate device is relevant to G2. Bard misstates the testimony. The emphasis is on migration and fracture. The document refers to migration, migration death, and frature; migration deaths can easily be redacted. |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 111:10-112:07 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Recovery filter; they have no bearing on the G2 filter.  There is no proper purpose for offering such evidence in this case, which involves only the G2 filter. The document at issue is a log of incidents related to migration (including death) and fracture complications associated with the Recovery filter. There is no proper purpose for offering such evidence in this case, which involves only the G2 filter. | Predicate device is relevant to G2. Bard misstates the testimony. The emphasis is on migration and fracture. The document refers to migration, migration death, and frature; migration deaths can easily be redacted. |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 114:06-114:14 start plaintiffs' exhibit | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. | Predicate device is relevant to G2 |  |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 117:21-118:15 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. | Predicate device is relevant to G2 | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 118:23-119:03 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. | Predicate device is relevant to G2 | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 119:12-124:09 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 124:20-126:01 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 126:14-129:04 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 130:09-132:20 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 136:02-136:06 start let's move | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 137:04-137:06 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 137:20-137:22 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 138:19-139:05 end ratio for | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 139:17-139:18 start filter fracture | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 140:04-140:04 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 140:13-140:13 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 140:18-141:02 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 143:09-144:09 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 145:08-145:21 start what count | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 146:03-146:07 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 146:12-146:14 start Plaintiff's exhibit | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 147:02-148:02 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 149:08-149:11 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 151:09-152:14 start what is a | | | |

|  | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 155:12-157:05 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. The document also references fatalities associated with the Recovery filter. | Predicate device is relevant to G2; Bard knowledge of defective nature of products; no reference to deaths in testimony | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 157:09-157:11 start Plaintiff's exhibit | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 157:15-159:03 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 159:09-159:11 start Plaintiff's exhibit | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products | |

|  | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 159:17-160:12 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 161:23-162:15 end yes | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products |  |
| **DEF COUNTER** | Betensky, Rebecca 12/10/2020 | 162:15-162:22 | Nonresponsive, move to strike after "Yes" | The testimony is responsive, and an objection to the responsiveness of the answer is waived if not made at the time of the deposition. |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 162:23-162:24 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products |  |
| **PL AFFIRM** | Betensky, Rebecca 12/10/2020 | 163:04-163:17 start what was | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products |  |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 164:05-166:07 start so overall | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 166:11-166:14 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 166:17-166:23 | Rules 401, 402, 403, 404. This testimony and the exhibit it refers to relate only to the Simon Nitinol filter and the Recovery filter; they have no bearing on the G2 filter. Testing related to the Recovery filter and drawing comparisons to SNF are irrelevant and will cause confusion. | Predicate device is relevant to G2; Bard state of mind/knowledge of defective nature of products | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 168:09-168:21 start Dr. Betensky | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 169:06-169:11 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 169:15-169:17 start Plaintiff's exhibit | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 169:19-170:09 end Exhibit B | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 170:09-170:11 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 170:17-172:05 start can you explain | | | |

|  | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 172:08-173:11 |  |  |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 174:03-177:22 start what was |  |  |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 183:11-183:17 |  |  |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 184:05-184:13 |  |  |  |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 184:14-184:18 |  |  |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 184:19-185:14 |  |  |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 187:05-187:17 start the most recent | Rules 401, 402, 403. Post-dates implant; likely to cause confusion, any probative value, which is denied, outweighed by prejudice. | Relevant to defective nature of G2 |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 187:20-189:06 | (187:20-188:10) Rules 401, 402, 403. Post-dates implant; likely to cause confusion, any probative value, which is denied, outweighed by prejudice. | Relevant to defective nature of G2 |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 189:08-189:16 start you made |  |  |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 190:12-192:17 | Rules 401, 402, 403. Post-dates implant; likely to cause confusion, any probative value, which is denied, outweighed by prejudice. | Relevant to defective nature of G2 |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 219:14-221:08 |  |  |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 221:14-221:16 start Plaintiff's exhibit | Rules 401, 402, 403. Document relates to filters other then the G2 filter and has no relevancy in this case. | Predicate device; risk/benefit analysis |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 221:18-222:14 | Rules 401, 402, 403. Document relates to filters other then the G2 filter and has no relevancy in this case. | Predicate device; risk/benefit analysis |  |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 222:20-223:09 | Rules 401, 402, 403. Document relates to filters other then the G2 filter and has no relevancy in this case. | Predicate device; risk/benefit analysis |  |

Betensky, Rebecca - 12/10/2020 - Plaintiff's Revised Deposition Designations

|  | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 224:15-225:01 | (224:10-224:13) Rules 401, 402, 403. Relates to fatalities associated with other filters. | Predicate device | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 225:04-225:06 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 229:18-230:16 start so I'd like | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 233:01-235:07 start how does your | (234:16-234:22) Rules 401, 402, 403. Relates to fatalities associated with other filters. | Predicate device; no mention of fatalities | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 236:11-238:20 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 246:08-248:02 start so I just | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 248:05-249:03 | | | |
| PL AFFIRM | Betensky, Rebecca 12/10/2020 | 249:20-249:23 start and are all | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 250:18-250:21 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 251:07-252:02 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 252:05-252:05 | | | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 252:7-18 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 253:07-253:20 | lack of foundation | The witness has previously testified that she is familiar with medical literature regarding IVC filters in general, not just complications associated with Bard IVC filters. | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 257:13-257:22 starting at you're | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 258:11-258:17 | | | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 258:18-259:1 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 260:16-260:19 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 260:21-260:24 starting at you | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 261:04-265:08 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 265:15-266:18 | 265:24-266:8 lack of foundation | The witness has foundation to answer the questions as to whether she's seen an IVC filter and whether she's published an article on IVC filters. That is all that the designation is establishing. | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 267:05-269:03 | | | |

| | DEPONENT | DESIGNATIONS | OBJECTIONS | RESPONSES TO OBJECTION | COURT RULING |
|---|---|---|---|---|---|
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 272:11-272:24 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 273:03-274:05 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 275:07-277:03 | | | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 277:4-16 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 281:16-281:23 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 283:14-284:20 | | | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 285:24-286:3 | | | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 286:17-287:12 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 289:01-289:16 | | | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 289:17-20 | | | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 289:22-290:2 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 291:12-293:08 stop after no | 292:20-293:1 form, compund question | There is no form objection lodged in the transcript, so it is waived. The question is not compound. | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 293:8-10 (start "I do know") | Rules 401, 402, 403. Reference to death refers to Recovery filter migration related fatalities, which have no relevance in this case. Any probative value, which is denied, is outweighed by prejudice. | Bard misrepresents the testimony--the question was by Bard about failures with the SNF filter, not the Recovery. This counter-designation is to complete the answer, and i should be fairly included if Bard's designation of the question and (partial) answer stand. The witness did not mention the Recovery filter and was not referring to it. Bard asked her what she knew, so she responded. | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 293:18-294:19 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 295:11-296:05 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 304:19-305:07 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 306:23-311:21 | | | |
| PL COUNTERS TO COUNTERS | Betensky, Rebecca 12/10/2020 | 311:22-312:9 | | | |
| DEF COUNTER | Betensky, Rebecca 12/10/2020 | 312:12-312:18 | | | |