IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH CATLIN MIXSON,

    Plaintiff,

v.	Case No. 1:21-cv-130-AW-MJF

C.R. BARD INC. and BARD
PERIPHERAL VASCULAR, INC.,

    Defendants.
_____/

## VERDICT FORM

We the jury find as follows:

1. Plaintiff has proven his claim for negligent design against Defendants:

Yes __✓__	No _____

*If your answer is NO, then your verdict is for Defendants and you should not proceed further, except to date and sign this verdict form. If your answer was YES, then you must proceed to the next question.*

2. Plaintiff has proven he is entitled to damages in the amount of:

$3,000,000.00.

SO SAY WE ALL,

*Redacted*	4-4-23

Foreperson	Date